004986

Order entered November 16, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01283-CV

**IN THE INTEREST OF L.S.J., A CHILD**

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-11-12980-Z

## ORDER

The Court has before it appellant's November 13, 2012 unopposed verified motion for extension of time to file appellant's brief. The Court **GRANTS** the motion and **ORDERS** appellant to file her brief by December 14, 2012.

_____
MOLLY FRANCIS
JUSTICE